No. 05–222. JACKSON *v.* POTTER, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–238. GLOBAL AEROSPACE, INC. *v.* WOOD, AS PERSONAL REPRESENTATIVE OF BROWN, ET AL. Ct. App. Ariz. Certiorari denied.

No. 05–243. ALLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–248. STANFORD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–255. NIAZ RANA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–257. BURKICH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–264. SUTHERLIN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5001. HURLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5002. HILL *v.* YEARWOOD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5003. GANT *v.* GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5004. HARRIS *v.* NEW YORK. Sup. Ct. N. Y., New York County. Certiorari denied.

No. 05–5006. GALLO *v.* HOLT, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 05–5007. HUGHES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5008. HENRY *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 05–5010. GRIEVESON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.